# Court of Appeals, State of Michigan

## ORDER

Erica Deas v Hartman & Tyner Inc

Docket No.   340068

LC No.   2016-155557-NO

Kathleen Jansen
Presiding Judge

Patrick M. Meter

Elizabeth L. Gleicher
Judges

The Court orders that the April 25, 2019 concurring/dissenting opinion of Judge Gleicher is hereby AMENDED to correct a clerical error. In the first line of the opinion, the word "affirm" is corrected to read "reverse and remand" and the word "grant" is corrected to read "denial."

In all other respects, the April 25, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 2 9 2019
_____
Date

_____
Chief Clerk